JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOUA L., <br>                 Plaintiff, <br>                 v. <br> ANDREW SAUL, Commissioner of Social Security, <br>                 Defendant. | Case No. SACV 19-1742-KK <br><br> JUDGMENT |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and this action is REMANDED for further administrative proceedings.

Dated: August 31, 2020

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge